The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA RASMUSSEN, and CAROLE JOHNSTON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC WEBWORKS, INC., a Nevada corporation; BLOOSKY INTERACTIVE, LLC, a California limited liability company; and INTERMARK COMMUNICATIONS, INC., a New York corporation,<br><br>Defendants | NO. C09-1815 TSZ<br><br>DECLARATION OF MATT COOK ON BEHALF OF BLOOSKY INTERACTIVE, LLC, IN SUPPORT OF DEFENDANT BLOOSKY INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT |

DECLARATION OF MATT COOK
C09-1815 TSZ
1

LATHROP & GAGE LLP
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606
312-920-3300

I, Matt Cook, declare as follows:

1. I am the Chief Executive Officer at Bloosky Interactive, LLC ("Bloosky"). I am over the age of 21, I am competent to make this Declaration, and the facts set forth in this Declaration are based on my personal knowledge unless the context reveals otherwise.

2. The allegations in plaintiff Lisa Rasmussen's First Amended Complaint ("Complaint") against Bloosky rely on an alleged full Web conversion. A full Web conversion occurs when a consumer navigates to an advertiser's Web landing page, enters the consumer's credit card billing information, and thereby purchases the advertiser's product or service.

3. In early August of 2010, Bloosky was served with the Complaint. Bloosky also received documents from Rasmussen's counsel (Will Haselden) that he claimed showed a link between Bloosky and a full Web conversion involving Rasmussen.

4. Bloosky conducted an internal investigation based on the Complaint and the documents provided by Mr. Haselden. Bloosky's search revealed that Rasmussen did not purchase anything from PWW via the Web as a result of being redirected by Bloosky's servers.

5. Bloosky has no Uniform Resource Locator ("URL") associated with Rasmussen and no sign-up script in its records.

6. Bloosky therefore concludes that it had no involvement in any full Web conversion of Rasmussen.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

DECLARATION OF MATT COOK
C09-1815 TSZ
2

LATHROP & GAGE LLP
100 N. RIVERSIDE PLAZA, SUITE 2100
CHICAGO, IL 60606
312-920-3300

Executed this 28 day of October, 2010, at Irvine, Cal

_____
Matt Cook

DECLARATION OF MATT COOK
C09-1815 TSZ
3

LATHROP & GAGE LLP
100 N. RIVERSIDE PLAZA, SUITE 2100
CHICAGO, IL 60606
312-920-3300