1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA RASMUSSEN, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

PACIFIC WEBWORKS, INC., a Nevada
corporation and JOHN DOE DEFENDANT,

Defendants.

Case No.  C09-1815Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to the stipulation of the parties, docket no. 136, the following deadlines are extended as indicated:

| | |
|---|---|
| Discovery on class certification issues completed by | June 14, 2011 |
| Any motions related to class certification must be filed by | July 14, 2011 |
| Deadline for joining additional parties | August 12, 2011 |
| Deadline for amending pleadings | August 12, 2011 |
| Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) | August 19, 2011 |

(2)     All other dates and deadlines set forth in the Revised Scheduling Order dated January 5, 2011, docket no. 115, and the Minute Order dated February 11, 2011, docket no. 133, remain in full force and effect.

MINUTE ORDER - 1

(3)      In light of the parties' stipulation, docket no. 136, indicating that the parties are engaged in settlement negotiations, the deadline for plaintiffs to electronically file the amended pleading permitted by the Minute Order dated December 22, 2010, docket no. 114, is extended to June 14, 2011.

(4)      In addition, to permit the parties to focus on settlement negotiations, the pending motion for summary judgment, docket no. 65, which is currently noted for May 20, 2011, is STRICKEN without prejudice.  The related motion for sanctions, docket no. 107, is likewise STRICKEN without prejudice.  In the event the parties do not reach a settlement, these motions may be refiled in either original or revised form, and shall be noted in accordance with Local Rule CR 7(d).

(5)      The pending motion to dismiss crossclaim, docket no. 62, is also STRICKEN without prejudice.  Because this motion has already been fully briefed, in the event the parties do not reach a settlement, the parties may revive the motion by jointly contacting the Court's law clerk at (206) 370-8830.

(6)      The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 25th day of March, 2011.

WILLIAM M. McCOOL, Clerk

s/ Claudia Hawney
By _____
    Claudia Hawney
    Deputy Clerk

MINUTE ORDER - 2